
FILED
CHARLOTTE, NC
NOV 29 2010
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | MISC. NO. 3:10mj214 |
| | ) | |
| | ) | |
| SEARCH WARRANT | ) | <u>ORDER SEALING SEARCH WARRANT</u> |
| | ) | <u>AFFIDAVIT AND APPLICATION</u> |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Search Warrant Affidavit and Application, and the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going investigation of this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Search Warrant Affidavit and Application, the Motion to Seal and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 26th day of November, 2010.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE